**In re: Elsie C. STINE, Debtor.**

**John F. Flynn, Appellee–Appellant,**

v.

**Elsie C. Stine, Appellant–Appellee.**

**No. 00–56834.**
**BAP No. CC–99–01780–RiPMa.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 10, 2001.*

Decided Sept. 21, 2001.

Before HUG, PREGERSON, and WARDLAW, Circuit Judges.

MEMORANDUM **

John F. Flynn appeals the decision of the Bankruptcy Appellate Panel ("BAP")

---

reversing the bankruptcy court's decision denying Stine's motion for attorneys fees pursuant to 11 U.S.C. § 523(d). We have jurisdiction pursuant to 28 U.S.C. § 158(d).

We review for an abuse of discretion an award of attorneys fees pursuant to 11 U.S.C. § 523(d). *First Card v. Hunt, (In re Hunt)*, 238 F.3d 1098, 1101 (9th Cir. 2001).

We affirm for the reasons stated by the BAP in its October 4, 2000, order.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

